UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 18-655 |
| Plaintiff, | : | **ORDER** |
| v. | : | |
| MICHAEL MCMANUS | : | |
| Defendant. | : | |
| | : | |

This matter having come before the Court on Defendant Michael McManus' motion for reconsideration of this Court's Text Order of October 5, 2023, Rejecting the Plea Agreement; [ECF #109];

And this Court having had the opportunity to read the parties' submissions.

IT is this 26th day of October 2023,

**ORDERED** that Defendant's motion is **DENIED** for the reasons set forth on the record.

**SO ORDERED.**

SUSAN D. WIGENTON
United States District Judge